**Brian C. Hickman, OSB No. 031096**
*bhickman@gordon-polscer.com*
**Chad D. Fuss, OSB No. 222671**
*cfuss@gordon-polscer.com*
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:    (503) 242-2922
Facsimile:    (503) 242-1264

*Attorneys for Plaintiff*
*The Cincinnati Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHNEIDER EQUIPMENT INC. DBA SCHNEIDER WATER SERVICES & CORBETT WATER DISTRICT;<br><br>　　　　　　Defendants. | Case No. 3:23-cv-01070-YY<br><br>NOTICE OF VOLUNTARY DISMISSAL |

　　　COMES NOW Plaintiff, THE CINCINNATI INSURANCE COMPANY by and through its attorneys of record, Gordon & Polscer, L.L.C., hereby voluntarily dismisses its claims in the above-captioned matter against all Defendants with prejudice. Each party to bear its own fees and costs.

At this time, no Defendant has served an answer or motion for summary judgment in this matter and this matter can be closed on the Court's registry.

DATED this 19th Day of October, 2023.

**GORDON & POLSCER, L.L.C.**

By: *s/ Brian C. Hickman*
Brian C. Hickman, OSB No. 031096
*bhickman@gordon-polscer.com*

By: *s/ Chad D. Fuss*
Chad D. Fuss, OSB No. 222671
*cfuss@gordon-polscer.com*

*Attorneys for Plaintiff*
*The Cincinnati Insurance Company*